United States District Court
Southern District of Texas
**ENTERED**
January 30, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TRANSCEND PARTNERS LEGEND FUND, LLC,** *et al.*, | § § § § | |
| Appellants | § § | |
| v. | § § | Civil Action No. 4:25-cv-04388 |
| **AD HOC GROUP OF SAFE PARTIES,** | § § § | |
| Appellees | § | |

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| **RHODIUM ENCORE LLC,** *et al.*, | § § | Case No. 24-90448 (ARP) |
| Debtors.[1] | § § | (Jointly Administered) |

### ORDER ON APPELLANTS' MOTION FOR VOLUNTARY DISMISSAL OF APPEAL WITH PREJUDICE

Upon consideration of the Appellants' *Motion for Voluntary Dismissal of Appeal with Prejudice* ("Motion"), the Court finds that there is good cause to grant the Motion. Therefore, the Court GRANTS the Motion. It is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that each Party shall each bear its own costs, attorney's fees, and expenses in relation to this appeal.

January 30, 2026
Date

*George C. Hanks Jr.*
HONORABLE GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE

---

[1] The Debtors in these chapter 11 cases and the last four digits of their corporate identification numbers are as follows: Rhodium Encore LLC (3974), Jordan HPC LLC (3683), Rhodium JV LLC (5323), Rhodium 2.0 LLC (1013), Rhodium 10MW LLC (4142), Rhodium 30MW LLC (0263), Rhodium Enterprises, Inc. (6290), Rhodium Technologies LLC (3973), Rhodium Renewables LLC (0748), Air HPC LLC (0387), Rhodium Shared Services LLC (5868), Rhodium Ready Ventures LLC (8618), Rhodium Industries LLC (4771), Rhodium Encore Sub LLC (1064), Jordan HPC Sub LLC (0463), Rhodium 2.0 Sub LLC (5319), Rhodium 10MW Sub LLC (3827), Rhodium 30MW Sub LLC (4386), and Rhodium Renewables Sub LLC (9511). The mailing and service address of the Debtors in these chapter 11 cases is 2617 Bissonnet Street, Suite 234, Houston, TX 77005.